# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDRICK BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 15-63-SCW |
| | ) |
| RICHARD HARRINGTON, KIM BUTLER, IA | ) |
| BRANDON ANTHONY, JEANETTE HECHT, | ) |
| JOSEPH GOETZ,HART, COUNSELOR | ) |
| NIPPE, CHRISTOPHER MCCLURE, LANCE | ) |
| PHELPS, JOHN DOE Correctional Officer | ) |
| Shift Commander, JOHN DOE | ) |
| Correctional Officer Supervisor and | ) |
| VEATH, | ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Richard Harrington, Kim Buter, Hart, Counselor Nippee and Veath were dismissed with prejudice by Chief Judge Reagan on February 18, 2015 (Doc. 8).

Defendants John Doe Correctional Officer Shift Commander and John Doe Correctional Officer Supervisor were dismissed by Chief Judge Reagan on June 28, 2017 (Doc. 73).

Defendant Lance Phelps was granted judgment as a matter of law on January 9, 2018 by Magistrate Judge Stephen C. Williams (Doc. 131).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its Verdict (Doc.133) in favor of Defendants IA Brandon Anthony, Jeanette Hecht, Joseph Goetz, Christopher McClure and against Plaintiff Kendrick Butler.

THEREFORE, judgment is entered in favor of Defendants **RICHARD HARRINGTON, KIM BUTLER, IA BRANDON ANTHONY, JEANETTE HECHT, JOSEPH GOETZ,HART,**

**COUNSELOR NIPPE, CHRISTOPHER MCCLURE, LANCE PHELPS, JOHN DOE Correctional Officer Shift Commander, JOHN DOE Correctional Officer Supervisor and VEATH** and against Plaintiff **KENDRICK BUTLER.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 9th day of January, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge
Stephen C. Williams**